**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6074

CHARLIE LEE DAVIS,

Petitioner - Appellant,

versus

PATRICIA R. STANSBERRY, Warden, Low Security
Correctional Institution, Butner,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-04-767-BO)

Submitted: July 14, 2005              Decided: July 22, 2005

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charlie Lee Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charlie Lee Davis appeals the district court's order dismissing his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and the district court's order and find no reversible error. Accordingly, although we grant Davis' motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Davis v. Stansberry, No. CA-04-767-BO (E.D.N.C. filed Nov. 10, 2004 & entered Nov. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED